# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145348

AKEBIA HERRY,
       Plaintiff-Appellee,

v

                                  SC: 145348
                                  COA: 303120
SUBURBAN MOBILITY AUTHORITY         Wayne CC: 09-026654-NI
FOR REGIONAL TRANSPORTATION,
a/k/a SMART,
       Defendant,

and

DOLLIE MAE HILBERT,
       Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the May 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012 _____           _____

d1015                                                Clerk